IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FELIPE AVALOS,

    Plaintiff,

v.                                                  CIV 13-1200 KG/CG

McKINLEY COUNTY DETENTION
CENTER,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued an order adopting the Magistrate Judge's *Proposed Finding and Recommended Disposition*, (Doc. 6), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. This cause of action is hereby **REMANDED** to the Eleventh Judicial District Court of McKinley County, New Mexico.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE